NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2010-3044

BYRON T. HURST,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
case no. CH3443090469-I-1.

ON MOTION

## O R D E R

Upon consideration of Byron T. Hurst's motion for leave to file his informal brief out of time,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 3 0 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Byron T. Hurst
Sara B. Rearden, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2010

JAN HORBALY
CLERK